**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jon Gagnon,<br><br>           Plaintiff,<br>v.<br><br>National Recovery Agency, LLC; and DOES 1-10, inclusive,<br><br>           Defendants. | :<br>:<br>:<br>:<br>: Civil Action No.:  1:15-cv-11555-ADB<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 4, 2016

                                                            Respectfully submitted,

                                                            PLAINTIFF, Jon Gagnon

                                                            */s/ Sergei Lemberg*

                                                            Sergei Lemberg, Esq.
                                                            B.B.O. No.: 650671
                                                            **LEMBERG LAW, L.L.C.**
                                                            43 Danbury Road
                                                            Wilton, CT 06897
                                                            Telephone: (203) 653-2250
                                                            Facsimile:  (203) 653-3424
                                                            slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) upon the following:

Steven S. Broadley  
Posternak, Blankstein & Lund  
Prudential Tower  
800 Boylston Street  
Boston, MA 02199-8004

                                               By  */s/ Sergei Lemberg*  
                                                    Sergei Lemberg