UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 1:15-CV-11555ADB

JON GAGNON,
    Plaintiff

vs.

NATIONAL RECOVERY AGENCY, LLC;
and DOES 1-10, inclusive,
    Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties hereto, by and through their respective counsel, hereby stipulate and agree that all claims in this action shall be, and they hereby are, dismissed with prejudice and without costs. The parties each agree to bear their own attorney's fees and costs, and they expressly waive all rights of appeal.

| | |
|---|---|
| **JON GAGNON**<br>By his attorney, | **NRA GROUP LLC d/b/a NATIONAL RECOVERY AGENCY**<br>By its attorney, |
| /s/ Sergei Lemberg | /s/ Steven S. Broadley |
| Sergei Lemberg, BBO #650671<br>Lemberg Law LLC<br>43 Danbury Road<br>Wilton CT  06897<br>203-653-2250<br>slemberg@lemberglaw.com | Steven S. Broadley, BBO #542305<br>Posternak Blankstein & Lund LLP<br>800 Boylston Street, 33rd Floor<br>Boston, MA  02199<br>617-973-6100<br>sbroadley@pbl.com |

## CERTIFICATE OF SERVICE

  IT IS CERTIFIED that the foregoing document was filed this 11th day of February 2016 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

       /s/ Steven S. Broadley

       _____
       Steven S. Broadley

1946574v1/20046-2